```
_____ FILED      _____ ENTERED
_____ LODGED     _____ RECEIVED

        JUL 01 2022    MV
          AT SEATTLE
      CLERK U.S. DISTRICT COURT
    WESTERN DISTRICT OF WASHINGTON
BY                          DEPUTY
```

Instructions for use:

1. Check the above box "Highlight Fields" to show fields on this form.
2. Complete the form.
3. Print, sign the document, and file with the court.

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON

Plaintiff(s)
vs. Daniel Teklemariam Hagos

**22-CV- 931 LK**

Seattle Police Department
SPD# 2021-020757
Defendant(s),
Arrest Report #

**CIVIL RIGHTS COMPLAINT UNDER 42 U.S.C. §1983**
(for use only by plaintiffs not in custody)

## Parties to this Complaint:

**Plaintiff's Name, Address and Phone Number**

Daniel Teklemariam Hagos
7618 40th Ave Apt. 105 Seattle WA.
98118
(206) 670-8189    (206) 391-1762
cell phone   Hagos1550@gmail.com

**Defendant's Name, Address and Phone Number**

Dispatch Information
8659 - Jimenez, Jose E
8336 - Moreno, Gerardo
8669 - Dill, Eric J
8659 - Jimenez, Jose E
7556 - Newsome, Matthew T
Giovani Nolasco

False Imprisonment
Fabricated 2,
Probable 2,
Cause 3,

**Defendant's Name, Address and Phone Number**

Defendant's Name, Address and Phone Number

(If you have more defendants, list them using the same outline on another piece of paper. Attach additional sheets, if necessary)

**Previous Lawsuits:**

Have you brought any other lawsuits in any federal court in the United States:?

☐ No    ☑ Yes    If Yes, how many? 1

**Describe the lawsuit:**

Parties to this previous lawsuit:

Plaintiff(s): Hagos

Defendant(s): City of Seattle

(If there is more than one previous lawsuit, describe the additional lawsuits on another piece of paper using the same outline. Attach additional sheets, if necessary)

Court and Name of District: United States District Court

Docket Number: 2:22-cv-00191-RSM

Assigned Judge: Judge Ricardo S. Martinez

Disposition:
(For example, was the case dismissed as frivolous or for failure to state a claim? Was it appealed? Is it still pending?)

it is Still pending. I fill out a application paper for a civil Attorney in the United States District Court

Approximate filing date of lawsuit: 2021 to 2022

Approximate date of disposition: 2021 to 2022

**Statement of Claim**
State here as briefly as possible the facts of your case. Describe how each defendant is involved, including dates, places, and other persons involved. **Do not give any legal arguments or cite any cases or statutes.** If you allege a number of related claims, number and set forth each claim in a separate paragraph. (Attach additional sheets if necessary.)

On the Date of ~~1-27-21~~ 1-25-21 around time 1557 hours The Seattle Police City officer by the name of officer Giovani G. NoLasco handcuffed me without incident while sitting on a bench outside of Bartels Drug store. And I ~~indicated~~ didn't indicate if I understood my Rights And The officer claimed that I spit on his face while I was handcuffed inside the Police Patrole care, That is fabracated Probable cause.

1. The Police Fabracated the Probable Cause
2. The Police ~~violated~~ violated The 14th Amend Equal Protection Equal Treatment
3. The Police ~~not~~ violated The 4th Illegal Search & Seizure
4. There was no exigent Circumstance.
5. Violated art. 1, Section 3, Personal Rights No person Shall Be deprived of Life, Liberty, Property.
6.

**Relief**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statues.

Pain & Suffering, Punitive Damages, Monetary Damages $9,000,000

I declare under penalty of perjury that the foregoing is true and correct.

6-1-22
Date

Signature of Plaintiff